# IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: | : | NO. 300 |
|---|---|---|
| | : | |
| DESIGNATION OF CHAIR AND VICE-CHAIR OF THE APPELLATE COURT PROCEDURAL RULES COMMITTEE | : | APPELLATE COURT RULES |
| | : | DOCKET |
| | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 11th day of April, 2022, the Honorable J. Andrew Crompton (Ret.) is hereby designated as Chair, and Kristen W. Brown, Esquire, is designated as Vice-Chair, of the Appellate Court Procedural Rules Committee, commencing June 30, 2022.